# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LORI MENDEZ,<br><br>    Plaintiff<br><br>v.<br><br>HOBBY LOBBY STORES, INC.,<br><br>    Defendant | Case No.: 2:23-cv-00666-APG-EJY<br><br>**Order** |

Under Local Rule LR IA 1-8(a), "civil actions must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose." According to the complaint, the incident at issue occurred in Reno, Nevada. ECF No. 1-2.

I THEREFORE ORDER that this action is transferred to the unofficial northern division of this court for all further proceedings. The clerk of the court shall transfer and reopen this matter as a new action under a new docket number in the northern division, and the action under this docket number shall be closed, without prejudice to petitioner regarding any federal limitation period and filing fee.

DATED this 1st day of May, 2023.

                                                                                    _____
                                                                                    ANDREW P. GORDON
                                                                                    UNITED STATES DISTRICT JUDGE